**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NCMIC INSURANCE COMPANY,

    Plaintiff,

v.                                                       CV No. 17-1000 JAP/CG

MICHAEL E. BROWN, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court having been informed that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **October 22, 2018.**

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE